UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 06-258 (PAM) |
| Plaintiff, | |
| v. | **ORDER** |
| Amanda Michelle Tretsven, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Amend the Judgment and Commitment Order.

On August 1, 2007, the Court sentenced Defendant to eighteen months imprisonment for aiding and abetting bank fraud in violation of 18 U.S.C. §§ 1344 and 2. Finding Defendant an appropriate candidate for voluntary surrender, the Court ordered Defendant to surrender herself to the Office of the United States Marshal on Monday, August 27, 2007.

Defendant asks the Court to extend her surrender date, contending that she needs additional time to make arrangements for the custody of her children while she is incarcerated. The request is reasonable. Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Amend (Docket No. 17) is **GRANTED**;

2. Defendant shall surrender herself to the Office of the United States Marshal in Minneapolis or at such other place as the Marshal shall designate by 11:00 a.m. on Monday, September 10, 2007;

3. If circumstances arise that may affect this date, the parties are to inform the Court immediately; and

4. Until her surrender, Defendant must report regularly to pretrial services.

Dated: August 22, 2007

                                                s/ Paul A. Magnuson
                                                Paul A. Magnuson
                                                United States District Court